**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **ADVANCED PAYROLL FUNDING,** )  ) | **CASE NO. 1:07 CV 0675** |
| ) | |
| **PLAINTIFF** ) | **JUDGE PETER C. ECONOMUS** |
| ) | |
| **v.** ) | |
| ) | |
| **ADMINISTRATIVE STAFFING** ) | |
| **RESORUCES,** *et al.* ) | |
| ) | **ORDER** |
| ) | |
| **DEFENDANTS** ) | |

On March 21, 2003, the Court referred the above-captioned matter to Magistrate Judge George J. Limbert for a determination as to whether this Court has subject matter jurisdiction. (Dkt. # 9). Magistrate Judge Limbert held a hearing regarding said motion on July 30, 2007. He subsequently issued a Report and Recommendation recommending that the Court has subject matter jurisdiction.

Rule 72(b) of the Federal Rules of Civil Procedure provides that an objection to a reports and recommendation must be filed within ten (10) days after service. See FED. R. CIV. P. 72(b). The parties have not filed any objections to the Report and Recommendation.

The Court has reviewed *de novo* the Report and Recommendation of the Magistrate Judge. The Court determines that the Report and Recommendation is well-supported in fact

and law. The Court therefore orders that the Report and Recommendation of Magistrate Judge Limbert is hereby **ADOPTED**. (Dkt. #9).

    **IT IS SO ORDERED.**

                                      **/s/ Peter C. Economus- September 21, 2007**
                                      **PETER C. ECONOMUS**
                                      **UNITED STATES DISTRICT JUDGE**.